IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ADALIS CORPORATION,<br>a Washington Corporation,<br><br>              Plaintiff,<br><br>v.<br><br>FORBO ADHESIVES, LLC,<br>a Delaware Limited Liability Company,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)    1:06CV270<br>)<br>)<br>)<br>)<br>) |

## ORDER

This matter is before the Court on a Recommendation of the United States Magistrate Judge recommending that Plaintiff's Motions for Preliminary Injunction [Document #6, #33] be granted. The Recommendation was filed with the Court in accordance with 28 U.S.C. § 636(b), and was served on the parties in this action on January 5, 2007. No objections were filed within the time limits prescribed. The Court therefore adopts the Magistrate Judge's Recommendation [Document #47], including the findings and conclusions contained therein. In accordance with the Recommendation, Plaintiff's Motions for Preliminary Injunction [Document #6, #33] will be granted to the extent set out below.

With respect to the additional documents recently filed by the parties, the Court notes that after the Recommendation was entered, Plaintiff submitted additional proposed findings and conclusions, to which Defendant objected. However, the Court will not adopt either party's proposed findings and conclusions and has instead adopted the findings and conclusions as

contained in the Magistrate Judge's Recommendation, to which no objection was raised. With respect to the terms of the preliminary injunction, the Court has considered the contentions of the parties and will set out the terms of the injunction based upon the findings and conclusions set forth in the Recommendation.

IT IS THEREFORE ORDERED that Plaintiff's Motions for Preliminary Injunction [Document #6, #33] are GRANTED to the extent that the following actions are restrained:

1. Forbo Adhesives, LLC, its officers, agents, servants, employees, and attorneys, and those person in active concert or participation with them who receive actual notice of this order by personal service or otherwise, shall immediately cease making, using, selling (including shipping or delivering), and offering to sell the Pressure Sensitive Adhesive ("PSA") system and other systems that literally satisfy the language of Claim 12 of United States Patent No. 4,917,327 or systems that are no more than colorably different from the PSA system. This preliminary injunction shall be in force, conditioned upon the posting of a bond by Adalis Corporation, pending a trial on the merits of this action, or until further order of this Court, or upon expiration of Adalis' patents, whichever comes first.

IT IS FURTHER ORDERED pursuant to Federal Rule of Civil Procedure 65(c) that this preliminary injunction is conditioned upon the posting by Adalis Corporation of a bond in the amount of $200,000. The Court finds, based upon the showings of the parties, that such a bond is appropriate and adequate to protect Forbo Adhesives, LLC, should it later be found that Forbo

2

Adhesives, LLC was wrongly enjoined or restrained. The Preliminary Injunction issued herein is effective on that date that Adalis posts the required $200,000 bond.

Having addressed and resolved Plaintiff's pending motions, the Court notes that Plaintiff's separate request for expedited review [Document #12] is now moot.

This, the 27th day of February, 2007.

/s/ James A. Beaty
United States District Judge